IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES NELSON,

    Plaintiff,

vs.                             CASE NO. 4:09-cv-315-SPM/WCS

PAINE WEBBER
CORPORATION, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 7). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed several objections (docs. 8, 9, 10, 12, 13, and 14). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff has lodged a Civil Rights Complaint against thirty-one persons, corporations, and government agencies, including Fannie Mae and the Supreme Court of Florida. Plaintiff's claims are patently frivolous. Additionally, Plaintiff has an evident pattern of filing frivolous lawsuits, as well as a history of dishonesty

with the Courts regarding the number of cases he has previously filed. Plaintiff's continued efforts to initiate false and frivolous actions are a waste of the Court's time and also malicious. Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 7) is *adopted* and incorporated by reference into this order.

2. Plaintiff's complaint is *dismissed* as an abuse of the judicial process. The Clerk of Court shall note on the docket that this cause was dismissed as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. Pursuant to 28 U.S.C. § 1915(g), Plaintiff's motions for leave to proceed *in forma pauperis* *denied*.

4. Plaintiff's motion for an injunction (doc. 4) is *denied*.

5. All remaining motions are *denied as moot*.

DONE AND ORDERED this <u>eighteenth</u> day of March, 2010.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
Chief United States District Judge