IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES NELSON,

    Plaintiff,

vs.                                                              CASE NO. 4:09cv315-SPM/WCS

PAINE WEBBER CORPORATION, et al.,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court on the Plaintiff's Motion to Recall Mandate and Set Aside Dismissal (doc. 25) and Motion for Administrative Review of Documents (doc. 27). This Court dismissed Plaintiff's complaint as an abuse of the judicial process on March 18, 2010. Plaintiff appealed. On May 5, 2010, the Eleventh Circuit Court of Appeals dismissed Plaintiff's appeal for failure to prosecute. As this matter is closed, and as the Court has no authority to recall the mandate of the United States Court of Appeals, the Plaintiff's Motions

(docs. 25, 27) are hereby DENIED.

DONE AND ORDERED this <u>fourth</u> day of August, 2010.

    <u>*s/ Stephan P. Mickle*</u>
    Stephan P. Mickle
    Chief United States District Judge